IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                          Criminal No. 1:01-10005-01-T

JULIAN NEAL RIDDICK


ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY
EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for the defendant and the government the trial date is continued due to the unavailability of a material witness and to allow counsel for the defendant and government additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **Wednesday, January 18, 2006 at 8:30 A.M. and** the **TRIAL DATE** for **Tuesday, February 21, 2006 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of October 7, 2005 to, February 21, 2006, as excludable delay under Title 18 U.S.C.§3161(h)(3)(A)(B)and(h)(8)(iv).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 12 October 2005

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on  10-14-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 162 in case 1:01-CR-10005 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT