# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                           No. 01-10005-T

JULIAN NEAL RIDDICK,
ROBERT HARLAN THOMAS, and
DANNY L. LOVELACE

    Defendants.

### ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant Julian Neal Riddick, without objection from the government and for good cause shown, the report date which is scheduled for January 18, 2006, and the trial date which is currently scheduled for February 21, 2006, are hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from February 21, 2006, to April 10, 2006, at 9:30 A.M.</u> The resulting period of delay, from February 21, 2006, to April 10, 2006, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

The report/motion date has been reset for March 20, 2006, at 8:30 a.m. Defendant is granted an additional sixty (60) days for filing pre-trial motions.

IT IS SO ORDERED.

                                                    /s/ James D. Todd
                                                    JAMES D. TODD
                                                    UNITED STATES DISTRICT JUDGE

                                                    8 December 2005
                                                    DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 166 in case 1:01-CR-10005 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Honorable James Todd
US DISTRICT COURT